No. 77–856.  PHILLIPS PETROLEUM CO. *v.* SHUTTS, EXECUTOR.  Sup. Ct. Kan.  Certiorari denied.

No. 77–858.  PUBLIC BROADCASTING SERVICE *v.* NETWORK PROJECT ET AL.; and
No. 77–864.  CORPORATION FOR PUBLIC BROADCASTING *v.* NETWORK PROJECT ET AL.  C. A. D. C. Cir.  Certiorari denied. Reported below: 183 U. S. App. D. C. 70, 561 F. 2d 963.

No. 77–860.  CLUBB *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 77–861.  HILDEBRAND *v.* UNEMPLOYMENT INSURANCE APPEALS BOARD OF CALIFORNIA ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 77–871.  TERRY ET UX. *v.* KLAMATH PRODUCTION CREDIT ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–873.  MOODY ET AL. *v.* TEXAS ET AL.  Ct. Civ. App. Tex. 10th Sup. Jud. Dist.  Certiorari denied.

No. 77–878.  KEEFER *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 77–882.  WODOSLAWSKY *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 77–893.  GERTLER ET VIR *v.* CITY OF NEW ORLEANS ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 77–895.  RYAN ET AL. *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.